**RECEIVED**
**JUN 10 2025**
**BY MAIL**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## Eastern DIVISION

Robbie L. Robertson #501686 )
)
)
(Write the full name of the plaintiff in this action. )
Include prisoner registration number.) )
)
)
v. )
)
)
Centurion et. al. )
)
)
)
)
)
(Write the full name of each defendant. The caption )
must include the names of all of the parties. )
Fed. R. Civ. P. 10(a). Merely listing one party and )
writing "et al." is insufficient. Attach additional )
sheets if necessary.) )

Case No: _____
(to be assigned by Clerk of District Court)

Plaintiff Requests Trial by Jury
✓ Yes ___ No

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

NOTICE:

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.

**I.   The Parties to this Complaint**

  A.   **The Plaintiff**

  Name: Robbie L. Robertson

  Other names you have used: —

  Prisoner Registration Number: #501686

  Current Institution: F.C.C. 1012 W. Columbia St. Farmington MO 63640

  Indicate your prisoner status:

  ☐ Pretrial detainee      ☒ Convicted and sentenced state prisoner

  ☐ Civilly committed detainee   ☐ Convicted and sentenced federal prisoner

  ☐ Immigration detainee      ☐ Other (explain): _____

  B.   **The Defendant(s)**

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

  Name: Centurion

  Job or Title: Medical Provider

  Badge/Shield Number: —

  Employer: Independent Contractor to Missouri Dept. of Corrections

  Address: 1400 Edgewood Dr. Jefferson City MO 63109

  _____ Individual Capacity      __X__ Official Capacity

2

**Defendant 2**

Name: Centurion

Job or Title: Medical Provider

Badge/Shield Number: —

Employer: 1012 W. Columbia St. Farmington MO 63640

Address: Independent Contractor for Missouri Dept. of Corrections

☐ Individual Capacity    ☒ Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

1. On 6/2024 at Farmington Correctional Center 1012 W Columbia St Farmington MO 63640, I was seen by Centurion staff in regards to abdominal pain, hearing loss and pain from a heel spur in my left foot.

2. After the site practioner evaluated me, I was sent back to my housing unit with medication for my left foot.

on back ⇒

3. When the pain continued for my foot and abdomen I ~~returned~~ returned (by HSR) to medical and complained about the pain was still occurring.

4. I did however say the pain for my foot subsided but I also made it clear that it soon returned if I had to walk or put pressure on my left foot making any medication prescribed ineffective.

5. Medical continues to refuse to treat my medical issues and continuously prevents me from seeing an outside provider.

6. As of today, I experience constant pain in my leg & groin area from the constant pain from my foot and abdomen rendering me immobile at times.

7. Centurion et. al has failed to provide me with adequate medical treatment & attention

## III.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

4

## IV. Relief

State briefly and precisely what you want the Court to do for you. Do not make legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages.

Due to my pain and suffering, mental anguish and neglect on behalf of Centurion I am request 2.5 million in damages

## V. Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

    A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

        ☒ Yes      ☐ No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

Farmington Correctional Center 1012 W. Columbia St. Farmington MO 63640

    B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

        ☒ Yes      ☐ No      ☐ Do not know

    C. If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

        ☒ Yes      ☐ No      ☐ Do not know

5

If yes, which claim(s)?

All

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes ☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes ☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Farmington Correctional Center 1012. W. Columbia St. Farmington MO 63640

2. What did you claim in your grievance? (*Attach a copy of your grievance, if available*)

3. What was the result, if any? (*Attach a copy of any written response to your grievance, if available*)

6

## VI. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

☐ Yes   ☒ No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes   ☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1. Parties to the previous lawsuit

   Plaintiff _____

   Defendant(s) _____

2. Court (*if federal court, name the district; if state court, name the state and county*)

3. Docket or case number _____

4. Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending?

    ☐ Yes

    ☐ No (*If no, give the approximate date of disposition*): _____

7.   What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)


C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

    ☐ Yes    ☒ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1.   Parties to the previous lawsuit

Plaintiff _____

Defendant(s) _____

2.   Court (*if federal court, name the district; if state court, name the state and county*)


3.   Docket or case number _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

9

6. Is the case still pending?

    ☐ Yes

    ☐ No (*If no, give the approximate date of disposition*):_____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _2_ day of _June_, 20_25_.

Signature of Plaintiff _[signature] 501686_